AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Leon Pugh,

                              JUDGMENT IN A CIVIL CASE

        V.                        CASE NUMBER: CV416-18

Martin H. Eaves and Lawrence Green,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 3/16/16, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the complaint.

3/16/16
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk

GAS Rev 10/1/03