FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 MAY 25 PM 4:37

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LEON PUGH, )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-018
)
LAWRENCE GREEN and MARTIN H. EAVES, )
)
    Defendants. )
)

## ORDER

Before the Court is Plaintiff's Motion For Reconsideration (Doc. 17) and Motion for Leave to Appeal In Forma Pauperis (Doc. 19). First, the Court sees no reason to reconsider its prior ruling. Accordingly, Plaintiff's Motion for Reconsideration (Doc. 17) is **DENIED**. Second, "an appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). After a careful review of the record in this case, the Court finds that this appeal is frivolous and not taken in good faith.[1] Accordingly, Plaintiff's Motion for Leave to Appeal In Forma Pauperis (Doc. 19) is **DENIED**.

SO ORDERED this 25th day of May 2016.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Moreover, Plaintiff has three strikes under 28 U.S.C. § 1915(g) and is thus prohibited from proceeding in forma pauperis without showing that he is in imminent danger of serious physical injury. (Doc. 7.) Plaintiff has not made such a showing.